GERDA NOLL, Appellant, v. WALTER KERBY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Petitioner, for an Order of Certiorari Directed to THE WATER POWER AND CONTROL COMMISSION OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK, Re WATER SUPPLY APPLICATION No. 1270, Respondent, and COUNTY OF NASSAU, COUNTY OF SUFFOLK, NEW YORK WATER SERVICE CORPORATION and JAMAICA WATER SUPPLY Co., Objectors, Respondents.— This matter is before the court on an order of certiorari and transfer to review a decision of the Water Power and Control Commission of the State of New York upon a water supply application of the city of New York. The application is known as No. 1270. The correctness of the decision of the Commission is challenged on the grounds that it was arbitrary, capricious and contrary to the credible evidence and not supported by the evidence in the record. A careful examination of the record and of all the exhibits that were before the Commission supports the decision of the Commission. Decision confirmed, with fifty dollars costs and disbursements. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNARD WEST, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of NETTIE B. LOUCKS, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act, against BOARD OF EDUCATION OF THE CITY OF AMSTERDAM, NEW YORK, Respondent.— This is a proceeding to review a determination of the board of education of the city of Amsterdam wherein the petitioner, Nettie B. Loucks, was dismissed as a teacher from the public schools of the city of Amsterdam. It is based upon an examination by the medical inspector who reported as follows:

"*May* 17, 1939.

"To SUPT. OF SCHOOLS
   Amsterdam, N. Y.

"Because of physical disability revealed by a recent physical Examination of Mrs. Nettie B. Loucks I do not feel that she is competent to perform her duties as a teacher in the Public Schools of this city.

"Respectfully yours,
"E. H. ORMSBY MD
"*Medical Inspector.*"

There was evidence in the record supporting the charge and the determination of the board of education is confirmed, without costs. Determination confirmed, without costs. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.